# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOLD VALUE INTERNATIONAL TEXTILE, INC., d/b/a FIESTA FABRIC, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>FOREVER 21, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>Defendants. | CV 16-07174-RSWL-AJW<br><br>**JUDGMENT** |

**WHEREAS**, on May 22, 2018, the Court granted Defendant Forever 21, Inc.'s ("Defendant") Motion for Summary Judgment [57] and denied Plaintiff Gold Value International Textile, Inc.'s ("Plaintiff") Motion for Summary Adjudication [39].

///

///

///

1

| | |
|---|---|
| 1 | **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendants and against Plaintiff. |

   **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendants and against Plaintiff.

   This action is hereby dismissed in its entirety.

**IT IS SO ORDERED.**

DATED: May 22, 2018         s/ RONALD S.W. LEW

                            **HONORABLE RONALD S.W. LEW**
                            Senior U.S. District Judge